**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT NEW YORK**

-------------------------------------------------------------------------------------x

MARK LEE, on behalf of himself and
all others similarly situated,

                         Plaintiff,

                - against -

SPRINGER NATURE AMERICA, INC.,

                     Defendant.

-------------------------------------------------------------------------------------x

Case No. 1:24-cv-04493-LJL

<u>ORAL ARGUMENT REQUESTED</u>

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law and Declaration

of Sharon L. Schneier, Defendant Springer Nature America, Inc., by and through its undersigned

counsel, will move this Court before the Honorable Lewis J. Liman at the United States Courthouse

for the Southern District of New York, 500 Pearl Street, New York, New York, for an order

dismissing Plaintiff Mark Lee's Complaint with prejudice pursuant to Federal Rules of Civil

Procedure 12(b)(1) and 12(b)(6) or staying the action pending the Second Circuit's decision in .

*Salazar v. National Basketball Ass'n*, No. 23-1147 (2d Cir.).

Dated: New York, New York
      August 23, 2024                      Respectfully submitted,

                                      */s/ Sharon L. Schneier*
                                      Sharon L. Schneier
                                      Nimra H. Azmi
                                      **DAVIS WRIGHT TREMAINE LLP**
                                      1251 Avenue of the Americas, 21st Floor
                                      New York, NY 10020-1104
                                      Tel:   (212) 489-8230
                                      Email: sharonschneier@dwt.com
                                              nimraazmi@dwt.com

                                      *Attorneys for Defendant*