**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| MARK LEE, on behalf of himself and all others similarly situated, Plaintiff, - against - SPRINGER NATURE AMERICA, INC., Defendant. | Case No. 1:24-cv-04493-LJL<br>ORAL ARGUMENT REQUESTED |

**DECLARATION OF SHARON L. SCHNEIER IN SUPPORT OF DEFENDANT SPRINGER NATURE AMERICA, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, FOR A STAY OF PROCEEDINGS**

I, Sharon L. Schneier, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

I am a partner at the law firm of Davis Wright Tremaine LLP, attorneys for defendant Springer Nature America, Inc. ("Springer Nature" or "Defendant"), and I submit this declaration support of Defendant's motion to dismiss the Complaint or in the alternative, for a stay of proceedings in the above-captioned action. This declaration is based on my personal knowledge, except as otherwise indicated.

1. Annexed hereto as **Exhibit A** is a true and correct copy of the webpage appearing at https://www.scientificamerican.com/page/about-scientific-american. The webpage states that *Scientific American* was founded in 1845 and has published articles by more than 200 Nobel Prize winners. The webpage further states that *Scientific American* is published by Defendant Springer Nature, which is a publisher of print research publications.

2. Annexed hereto as **Exhibits B** and **C** are true and correct copies, respectively, of the landing page for the *Scientific American* website as it existed in June 2022 appearing at

https://web.archive.org/web/20220611155906/https://www.scientificamerican.com, accessed through the Wayback Machine, and of the current landing page appearing at https://www.scientificamerican.com.

3. Annexed hereto as **Exhibit D** is a true and correct copy of the *Scientific American* video page as it appeared on June 11, 2022, two years before the filing of the above-captioned lawsuit, and captured by the Wayback Machine at https://web.archive.org/web/20220611155848/https://www.scientificamerican.com/video. The page was accessed through the Wayback Machine. In June 2022, all videos were freely and publicly available on the video page and there was no restriction on the numbers of videos that could be viewed on the page.




4. As shown below, in June 2022, this video page could be accessed by navigating to and clicking a button at the top of the https://www.scientificamerican.com landing page without signing in to the website.




5. Annexed here to as **Exhibit E** is a true and correct copy of the *Scientific American* video page as it currently appears on https://www.scientificamerican.com/videos. All videos on the website are freely and publicly available on the video page and there was no restriction on the numbers of videos that can be viewed on the page.



6. As shown below, the video page can currently be accessed by navigating to the "Explore Topics" button on the landing page, clicking it, and selecting "Videos" without signing in to the website.




7. In July 2024 I had several conversations with Plaintiff's counsel. During those conversations I raised whether they would consent to a stay of the action pending the Second Circuit's decision in *Salazar v. National Basketball Ass'n*, Case No. 23-1147 (2d Cir.) Plaintiff's counsel would not agree to a stay.

Dated: August 23, 2024

*/s/ Sharon L. Schneier*
Sharon L. Schneier