

> The request is granted. The parties shall move for preliminary approval of class action settlement by June 13, 2025. The parties need not request an initial pretrial conference.
>
> Date: 5/21/25
>
> SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

May 21, 2025

<u>Via</u> **ECF**
Hon. Lewis J. Liman
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Lee v. Springer Nature America, Inc.*, No. 1:24-cv-04493-LJL
           Request for Deadline to File Motion for Preliminary Approval

Dear Judge Liman:

    Consistent with the parties' Joint Letter Motion for Extension of Time (dkt. 33) and the Court's Order Granting an Extension (dkt. 34) ("Order"), the parties engaged in a full-day mediation with the Hon. Diane Welsh (Ret.) on May 6, 2025, which resulted in an agreement in principle to resolve this matter.

    After successful mediation in this matter, the parties are negotiating the terms of a settlement agreement and Plaintiff will move for preliminary approval of the settlement agreement based on the final terms of such an agreement. The Order extended the parties' deadline to request an Initial Pretrial Conference to May 23, 2025. The parties respectfully request the Court to strike the May 23, 2025 deadline to request an Initial Pretrial Conference, and instead set a deadline of June 13, 2025 for Plaintiff to file his motion for preliminary approval.

    The parties have conferred and believe they can execute a final settlement agreement and move for preliminary approval by the proposed June 13, 2025 deadline. Therefore, the parties respectfully request the Court to enter an order setting a deadline to move for preliminary approval of class action settlement on June 13, 2025.

                                              Sincerely,

                                              Samuel R. Jackson
                                              sjackson@cbplaw.com
                                              Allen Carney

acarney@cbplaw.com
**Carney Bates & Pulliam, PLLC**
Counsel for Plaintiff
1 Allied Drive, Suite 1400
Little Rock, AR 72202
Tel: 501-312-8500
Fax: 501-312-8505

cc: All Counsel of Record via ECF

**CARNEY BATES & PULLIAM, PLLC**
ONE ALLIED DRIVE, SUITE 1400
LITTLE ROCK, AR 72202
501-312-8500
