UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK LEE, individually<br>and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>SPRINGER NATURE AMERICA, INC.,<br><br>                    Defendant. | Case No. 1:24-CV-04493-LJL<br><br>Hon. Lewis J. Liman |

### PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Mark Lee ("Plaintiff"), by and through undersigned counsel and pursuant to the Class Action Settlement Agreement dated June 26, 2025 and filed herewith (the "Settlement Agreement"),[1] and the exhibits attached thereto, moves this Court for preliminary approval of the proposed settlement (the "Settlement") of this action (the "Action"). More specifically, Plaintiff respectfully requests that this Court enter an order, substantially in the form of the proposed order attached as Exhibit E to the Settlement Agreement, (1) finding it will likely (a) approve the Settlement and (b) certify the Settlement Class for purposes of judgment on the proposed Settlement; (2) appointing Plaintiff as Class Representative for the Settlement Class; (3) appointing Carney Bates & Pulliam PLLC as Class Counsel; (4) approving the form and manner of notice and directing notice to the Settlement Class; and (5) scheduling a hearing before the Court

---

[1] Unless otherwise indicated, capitalized terms herein refer to and have the same meaning as in the Settlement Agreement.

1

to determine whether the Settlement should be finally approved and to consider Plaintiff's request for attorneys' fees, litigation expenses, and a Service Award.

Dated: June 27, 2025

Respectfully submitted,

/s/ Allen Carney
Samuel R. Jackson (5332325)
James Allen Carney (admitted *pro hac vice*)
CARNEY BATES & PULLIAM, PLLC
One Allied Drive, Suite 1400
Little Rock, AR 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505
Email: sjackson@cbplaw.com
Email: acarney@cbplaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on June 27, 2025, I electronically transmitted the foregoing document with the Clerk of the Court using the CM/ECF system, which will provide electronic mail notice to all counsel of record.

/s/ Allen Carney
Allen Carney

2