USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/30/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK LEE, *on behalf of himself and all others similarly situated*,

Plaintiff,

-v-

SPRINGER NATURE AMERICA, INC.

Defendant.

24-cv-4493 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The parties have moved for preliminary approval of their proposed settlement. Dkt. No. 39. The Court requires the following additional information to assess whether the proposed settlement should be preliminarily approved:

1. Legal authority for the requirements set forth in paragraph 5.3 of the Class Action Settlement Agreement.
2. The identity and qualifications of the proposed settlement administrator as well as the budget for the settlement administrator. The parties shall also address whether the preliminary approval order should contain a cap on the expenses of the settlement administrator.
3. Authority and argument for the quick-pay provision in paragraph 6.2 of the Class Action Settlement Agreement.
4. Whether the short form notice should inform proposed class members of the class action release and contain an explicit statement that objections may be made pro se and may be made to the terms of the settlement, the award of attorney's fees, or the success fee. In

addition, the parties should address the language in the notice that proposed class members should not contact the Court regarding the action and whether such language should be clarified to make it clear that proposed class members should not contact the Court other than through a timely-filed objection (or motion to intervene).

The parties shall submit a supplemental memorandum addressing these issues no later than July 7, 2025. In addition, the parties shall submit a proposed date for the final settlement approval hearing on the assumption that the Court approves the settlement by July 14, 2025, with dates for objections and for requests for exclusion.

SO ORDERED.

Dated: June 30, 2025
New York, New York

LEWIS J. LIMAN
United States District Judge