

CARNEY
—
BATES &
—
PULLIAM
PLLC

July 10, 2025

**Via ECF**
Honorable Lewis J. Liman
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: *Lee v. Springer Nature America, Inc.*, No. 1:24-cv-04493-LJL

Dear Judge Liman:

   I write in response to your order dated July 8, 2025 regarding Section 5.3 of the Settlement Agreement. The Parties have met and conferred and consent to preliminary approval of the Settlement Agreement with Section 5.3 omitted. Accordingly, and in accordance with this Court's July 8th order, the Parties are contemporaneously filing a revised Settlement Agreement, Notice, and Proposed Order, which reflects this modification.

          Respectfully submitted,

          Sam Jackson

cc: All Counsel of Record via ECF

1