UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK LEE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>SPRINGER NATURE AMERICA, INC.,<br><br>                    Defendant. | Case No. 1:24-CV-04493-LJL<br><br>Hon. Lewis J. Liman |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

In accord with the Settlement Agreement (the "Settlement Agreement")[1] and this Court's Order Granting Preliminary Approval of Class Action Settlement, dated July 10, 2025 (ECF No. 46, the "Preliminary Approval Order"), Plaintiff Mark Lee ("Plaintiff" or "Settlement Class Representative"), by and through undersigned counsel, hereby moves this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order (i) granting final approval of the proposed settlement of this case (the "Settlement") as fair, reasonable, and adequate; (ii) granting final certification to the Settlement Class; and (iii) finding the notice program as set forth in the Settlement Agreement and effectuated pursuant to the Preliminary Approval Order satisfies the requirements of Federal Rule of Civil Procedure 23(c) and due process and constitutes the best notice practicable under the circumstances. In support thereof, Plaintiff is contemporaneously filing a Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement and the declarations of Allen Carney and Simpluris, Inc., the Settlement Administrator.

---

[1] Previously filed with the Court on July 10, 2025 as Exhibit A to Plaintiff's Letter Motion Concerning Paragraph 5.3 of the Settlement Agreement. *See* ECF No. 45-1.

1

Dated: August 29, 2025	Respectfully submitted,

*/s/ Samuel R. Jackson*
Samuel R. Jackson (5332325)
James Allen Carney (admitted *pro hac vice*)
CARNEY BATES & PULLIAM, PLLC
One Allied Drive, Suite 1400
Little Rock, AR 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505
Email: sjackson@cbplaw.com
Email: acarney@cbplaw.com

*Attorneys for Plaintiff*