**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK LEE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPRINGER NATURE AMERICA, INC.,<br><br>Defendant. | Case No. 1:24-cv-04493-LJL<br><br>**SUPPLEMENTAL DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS, INC. REGARDING NOTICE AND ADMINISTRATION** |

I, Meagan Brunner, declare and state as follows:

1. Under penalties as provided by law pursuant to 28 U.S.C. § 1746, I certify that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief, and as to such matters, I certify that I believe the same to be true.

2. I am a Director of Client Services at Simpluris, Inc. ("Simpluris"). Simpluris is a national full-service class action notice and Settlement Administrator located in Costa Mesa, California.

3. Simpluris is a class action administrator located in Costa Mesa, California. Established in 2007, Simpluris has administered over 9,000 cases nationwide, with class sizes ranging from a few hundred to over one million class members. Representative cases include: *Myart v. AutoZone, Inc.* and *Aceves v. Autozone, Inc.* (US District Court, Central District of California) (208,050 class members), *Diaz v. SeaWorld* (Superior Court of the State of California) (1,281,123 class members), and *Woods v. Vector Marketing* (US District Court, Northern District of California) (194,500 class members).

4. This declaration is to supplement the information provided in the Declaration of Meagan Brunner on behalf of Settlement Administrator Simpluris, Inc., executed on August 29, 2025.

5. The Email Notice advised Settlement Class Members of their rights to submit a claim, request exclusion from the settlement, object to the settlement, or do nothing, and the implications of each such action.

6. On July 31, 2025, Simpluris sent the Email Notice to 29,813 Settlement Class Members for whom a valid email address was available. Of those 29,813 Settlement Class Members, Simpluris successfully delivered Email Notice to 29,262 Settlement Class Members.

7. On August 21, 2025, Simpluris sent a Reminder Email Notice to 29,561 Settlement Class Members whom have not yet responded to the Notice. Of those 29,561 Settlement Class Members, Simpluris successfully delivered Email Notice to 28,968 Settlement Class Members.

8. On September 2, 2025, Simpluris sent a Reminder Email Notice to 29,379 Settlement Class Members whom have not yet responded to the Notice. Of those 29,379 Settlement Class Members, Simpluris successfully delivered Email Notice to 28,853 Settlement Class Members.

9. The deadline to submit a claim form was September 14, 2025. As of the date of this Declaration, Simpluris has received 768 Claim Form submissions. However, one (1) individual requested to rescind his claim form because he realized that he was not eligible to participate in the Settlement because he does not possess a Facebook account. Thus, there remains a total of 767 valid Claim Forms.

10. The postmark deadline for Settlement Class Members to submit a request for exclusion from the proposed Settlement was September 14, 2025. As of the date of this

Declaration, Simpluris has received zero (0) valid requests for exclusion from the proposed Settlement.

11. The postmark deadline for Settlement Class Members to submit an objection to the proposed Settlement was September 14, 2025. As of the date of this Declaration, Simpluris has received zero (0) objections to the proposed Settlement from Settlement Class Members.

12. Simpluris' total costs for services in connection with the administration of this Settlement, including fees incurred and anticipated future costs for completion of the administration, will be $24,877.00.

I declare under penalty of perjury that the above is true and correct and that this Declaration was executed this 23rd day of October, 2025 in Louisville, Kentucky.

Meagan Brunner

MEAGAN BRUNNER