**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK LEE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPRINGER NATURE AMERICA, INC.,<br><br>Defendant. | Case No. 1:24-cv-04493-LJL<br><br>**DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS, INC. REGARDING CLAIMS RATE AND DIRECT NOTICE** |

I, Meagan Brunner, declare and state as follows:

1. Under penalties as provided by law pursuant to 28 U.S.C. § 1746, I certify that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief, and as to such matters, I certify that I believe the same to be true.

2. I am a Director of Client Services at Simpluris, Inc. ("Simpluris"). Simpluris is a national full-service class action notice and Settlement Administrator located in Costa Mesa, California.

3. Simpluris is a class action administrator located in Costa Mesa, California. Established in 2007, Simpluris has administered over 9,000 cases nationwide, with class sizes ranging from a few hundred to over one million class members. Representative cases include: *Myart v. AutoZone, Inc.* and *Aceves v. Autozone, Inc.* (US District Court, Central District of California) (208,050 class members), *Diaz v. SeaWorld* (Superior Court of the State of California) (1,281,123 class members), and *Woods v. Vector Marketing* (US District Court, Northern District of California) (194,500 class members).

4. On or about July 25, 2025, Counsel for Defendant provided Simpluris with a data file containing 32,648 known Settlement Class Member names and email addresses. Since the addresses were provided by the Defendant, there is a high level of confidence that the email addresses were associated with the Class Members' records in the Defendant's system of records.

5. Prior to sending direct email notice, Simpluris performed an email validation review designed to enhance deliverability and reduce the risk of spam filtering. This included validation for proper formatting, identification of addresses on global suppression lists, and screening for potential spam-trap indicators. As a result of this validation, 29,813 records were confirmed to have valid email addresses for Direct Email Notice. The remaining 2,835 email addresses were deemed invalid for reasons including but not limited to, invalid format, emails associated with global suppression lists, and potential spam trap email. Email addresses designated with an invalid status are excluded from mass email notifications as a standard best practice because including them can materially degrade deliverability across the campaign due to the overwhelming likelihood of emails being flagged as abuse or spam. Therefore 91.32% of the Settlement Class had a valid email to attempt Direct Email Notice.

6. Whenever practicable, direct notice is the preferred method of providing class notice because it ensures that specific, known class members receive the notice. When direct notice by physical, paper mail cannot be efficiently achieved, due to lack of physical address information or based on costs and other case-specific factors, direct notice by electronic mail is the preferred alternative.

7. Direct electronic mail notice is a proven method of notifying class members of claims because direct notice is targeted to specific, known class members. Direct email notice is

not limited to targeting proxy audiences which may contain class members. When available, direct email notice is a preferred method of reaching the class.

8. Simpluris sent a total of three (3) Direct Email Notices to the Settlement Class Members described below. Simpluris tracked "Confirmed Open" events for each round of emails where the recipient's email permitted a read-receipt to register. The Confirmed Open Rates reflected below understate true opens because many email client settings and email service providers' privacy settings block read receipts even when content is viewed. Accordingly, the figures below should be understood as a floor for actual opens:

| Date | Emails Sent | Successful Emails | Success Rate | Confirmed Open Rate |
|---|---|---|---|---|
| July 31, 2025 | 29,813 | 29,262 | 98.15% | 21.09% |
| August 21, 2025 | 29,561 | 28,968 | 97.99% | 15.2% |
| September 2, 2025 | 29,379 | 28,853 | 98.20% | 17.7% |

9. As of November 10, 2025, Simpluris has received 767 valid Claim Form submissions, which is a claims rate of 2.34%.

10. In addition to the three rounds of Direct Email Notice, Simpluris maintained a dedicated Settlement Website, www.SpringerNatureVPPASettlement.com, and operated a 24/7 toll-free IVR line (844-496-0740). As of November 11, 2025, the Settlement Website recorded 3,855 unique visitors and 9,618 page views, and the toll-free telephone line has received 27 calls. The Settlement Website traffic, together with inquiries via the telephone line, function as corroborating indicators that Settlement Class Members received notice of the Settlement.

11. Based on the combination of high delivery rates across three rounds of targeted Direct Email Notice, Confirmed Open Rates that establish a conservative floor for actual opens, and demonstrable website and call-center engagement, Simpluris believes that the Notice Program

implemented in this Action was both reasonable and consistent with other notice campaigns employing direct email notice.

12. Class action claims rates are influenced by a number of case-specific facts, such as the nature of the class, the nature of the alleged harm, the nature of the compensation, and other related elements. Within the context of these factors in this case, the 2.34% claims rate is well within the bounds of reasonable expectations. Additional examples of Video Privacy Protection Act ("VPPA") matters with a claims rate between 1% - 3% are *Saarloos v. The Cowboy Channel, LLC;* and *Stark et al. v. Patreon, Inc.*

I declare under penalty of perjury that the above is true and correct and that this Declaration was executed this 13th day of November, 2025 in Louisville, Kentucky.

Meagan Brunner

MEAGAN BRUNNER