UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MARK LEE, *on behalf of himself and all others similarly* :
*situated*,                                                :
:
                                Plaintiff,   :    24-cv-4493 (LJL)
:
        -v-                                                :    ORDER
:
SPRINGER NATURE AMERICA, INC.,                             :
:
                                Defendant.   :
                                                   X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

     At the fairness hearing on November 6, 2025, the Court asked Plaintiff's counsel to supply a number of items for the Court to consider the effectiveness of the notice program and the reasonableness of the fee and service award requests. Counsel agreed to do so. The items supplied by counsel fail to comply with the Court's request.

     In particular, the Court requested counsel to analyze its time records and to provide an excel spreadsheet itemizing the time spent on each of the categories of work set forth on pages 2–3 of the Memorandum of Law in Support of Motion for Attorneys' Fees, Litigation Expenses, and Service Award, Dkt. No. 52, (under the heading "Summary of the Proceedings: Plaintiff and Class Counsel Vigorously Litigated This Action on Behalf of the Settlement Class"). Such information is necessary for the Court to analyze the reasonableness of the number of hours billed which, in turn, is necessary for the Court to do the lodestar check. The excel spreadsheet should be sortable by each of the following categories in that list such that the Court is able to determine the attorney billing the time, the date, the time billed, and the hourly rate: (1) "extensive pre-suit factual investigation"; (2) "detailed and thorough forensic analyses of the

cookie and pixel technologies employed on Defendant's websites"; (3) "identification and analysis of the specific data transmitted to third parties through such technologies"; (4) "drafting the complaint"; (5) drafting the opposition to SNAI's motion to dismiss; (6) drafting the motion to strike; (7) "engaging in informal discovery" and "reviewing information propounded in response thereto"; (8) "drafting a mediation statement and reviewing and evaluating Defendant's mediation submissions"; (9) "participating in a full-day mediation"; (10) "drafting the Settlement Agreement and all related exhibits"; (11) "presenting the proposed Settlement to the Court and obtaining an order directing notice to the Settlement Class" and (12) "working with the Settlement Administrator." The time should be allocated to the category best describing the work.

In addition, counsel shall supply copies of receipts to support the costs billable to the class where such receipts are available.

Such information shall be provided no later than November 17, 2025.

SO ORDERED.

Dated: November 13, 2025
      New York, New York

                                             LEWIS J. LIMAN
                                       United States District Judge