```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MARK LEE, on behalf of himself and all others similarly            :
situated,                                                          :
                                                                   :
                            Plaintiff,                             :    24-cv-4493 (LJL)
                                                                   :
                    -v-                                            :    ORDER
                                                                   :
SPRINGER NATURE AMERICA, INC.,                                     :
                                                                   :
                            Defendant.                             :
                                                                   X
-------------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

On November 13, 2025, Plaintiff's counsel submitted directly to the Court a spreadsheet with hours worked on this case and a description of the work completed. In accordance with the Court's Order at Dkt. No. 62, on November 17, 2025, Plaintiff's counsel submitted directly to the Court a modified spreadsheet that categorized the hours worked on this case and included the hourly rates for each firm employee who completed work on this case.

Plaintiff's counsel shall file these documents on the docket by December 10, 2025. If Plaintiff's counsel seeks to seal or redact all or portions of these documents, they may request to do so in accordance with the Court's Individual Practices in Civil Cases, Rule 2.H.

SO ORDERED.

Dated: December 8, 2025
       New York, New York

                                                        _____
                                                        LEWIS J. LIMAN
                                                        United States District Judge