UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MARK LEE,
on behalf of himself and all others similarly situated,

                          Plaintiff,

        -v-

SPRINGER NATURE AMERICA, INC.,

                      Defendant.

------------------------------------------------------------------X

**24-cv-04493 (LJL)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/6/2026__

LEWIS J. LIMAN, United States District Judge:

The Court has received an email from a claimant alerting that the claimant has not been paid. The Court has forwarded a copy of the email to counsel for Plaintiff and for Defendant and by return email to the claimant. Counsel shall submit a letter within fourteen days indicating how the inquiry has been addressed.

        SO ORDERED.

Dated: March 6, 2026
       New York, New York

                                     LEWIS J. LIMAN
                            United States District Judge