CARNEY BATES & PULLIAM PLLC

March 9, 2026

**Via ECF**
Honorable Lewis J. Liman
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Lee v. Springer Nature America, Inc.*, No. 1:24-cv-04493-LJL
Request from Class member

Dear Judge Liman:

We submit this letter in response to Your Honor's March 6, 2026 Order to indicate how the inquiry from class member Zhang was addressed. The Settlement Agreement provides that payments to class members will occur ninety days following the Effective Date of the Settlement. S*ee* Doc. No. 45 Exh. A ¶ 2.2. The Effective Date is defined as thirty-one days following Final Approval if an objection was filed but no appeal was made, which is the scenario that occurred in this matter. *Id.* ¶ 1.10; *see also* Doc. No. 55 Opp. Kirk Becker's Opposition to the Settlement. As such, the schedule for this matter is:

- Order Granting Final Approval: December 9, 2025
- Effective Date: January 9, 2026
- Class Member Payments: April 9, 2026

Immediately following the receipt of Class member Zhang's request, Class Counsel confirmed with the Settlement Administrator that the claim is valid and then contacted Zhang via phone (voicemail) and email. The email identified the timeline for the settlement, including the expected date of payments as April 9, 2026.

Class member Zhang confirmed by email that she received our message. We informed her if she has any additional inquiries, she was welcome to contact us and we would be happy to discuss them with her, as we would for any class member seeking information about this matter.

Respectfully submitted,

Sam Jackson

cc: All Counsel of Record via ECF
Laqueta Zhang via electronic mail